JOHN W KENNA, Appellant, *v.* DAILY MIRROR, INC., et al., Respondents.

ANNA KENNA, Appellant, *v.* DAILY MIRROR, INC., et al., Respondents.

Argued October 12, 1937; decided November 16, 1937.

*Richard J. Mackey* for appellants.

*Charles Henry* and *Manheim Rosenzweig* for respondent.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.